AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
US MARSHALS SERVICE
DIST-AZ PHOENIX

2016 MAR -2  AM 11:48

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Donald Jay Valich

)
)  Case No.  CR-16-08035-PCT-DJH (ESW)
)
)
)
)

Defendant

FILED
RECEIVED
AUG 1 7 2016
CLERK U S
BY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Donald Jay Valich ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:111(a)(1) and (b); Assault on Military Employee, 26:5841, 5861(d) and 5871; Possession of Unregistered Firearm, 18:39A; Aiming a Laser Pointer at an Aircraft.

Date:  03/02/2016

_____ for
*Issuing officer's signature*

City and state:  Phoenix, AZ

Brian D Karth, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 03/09/2016 and the person was arrested on *(date)* 07/18/2016
at *(city and state)* Flagstaff, AZ

Date: 08/15/2016

_____
*Arresting officer's signature*

FBI
*Printed name and title*